UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER, | No. 2:12-cv-1964 MCE KJN PS |
| Plaintiff, | |
| v. | ORDER |
| J. JOHANIGEN, | |
| Defendant. | |

On July 9, 2013, this action was transferred to the United States District Court for the Northern District of California, because venue in this district was found to be improper. (ECF No. 32.) On July 18, 2013, plaintiff filed a document which can be liberally construed as a request to reinstate or reopen the case in this court, as well as for an extension of time to obtain counsel. (ECF No. 34.)

In light of the previous transfer, plaintiff should contact the Northern District of California to obtain any scheduling deadlines pertaining to his case, and shall direct all filings or requests related to his case to that court.[1] Plaintiff's case remains pending in the Northern District of California under the new case number 3:13-cv-3193. (ECF No. 33.)

---

[1] The Clerk's Office for the Northern District may be contacted at (415)-522-2000. The address is 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489. The Northern District's website, including its local rules, may be accessed at http://www.cand.uscourts.gov.

1

1  Plaintiff is hereby advised that any subsequent filings in this court will be disregarded
2  without further order.
3  Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (ECF No. 34) are
4  DENIED.
5  Dated: July 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE